IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-02389-DDD-SBP

ALVIN JOEL CRUZ-SOSA,

Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Aurora ICE Processing Center;
DAVID VENTURELLA, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security; and
TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Writ of Habeas Corpus, filed July 6, 2026, and the Order, filed July 15, 2026 by the Honorable Daniel D. Domenico, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that the Court's Order to Show Cause, Doc. 5, is MADE ABSOLUTE, and the Petition for Writ of Habeas Corpus, Doc. 1, is GRANTED. It is further

ORDERED that judgment is hereby entered in favor of Petitioner, Alvin Joel Cruz-Sosa, and against Respondents, Juan Baltazar, in his official capacity as Warden of the Aurora ICE Processing Center; David Venturella, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; Markwayne Mullin, in his official capacity as Secretary of the U.S. Department of Homeland Security; and Todd Blanche, in his official capacity as Acting Attorney General of the United States, on the Petition for Writ of Habeas Corpus.

DATED at Denver, Colorado this 15th day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk